IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARION A. CARR, | ) | No. C 14-2720 LHK (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| v. | ) | |
| RICK WILLIAMS, | ) | |
| Respondent. | ) | |

     Petitioner, a state prisoner at Folsom State Prison, in Folsom, California, seeks federal habeas review of the execution of his state sentence pursuant to 28 U.S.C. § 2254. In the underlying federal habeas petition, petitioner challenges the California Board of Prison Terms' July 25, 2012 decision denying him parole.

     Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). But the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Folsom State Prison lies in the Eastern District of California, the court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

     Accordingly, this case is TRANSFERRED to the United States District Court for the

Order of Transfer
P:\PRO-SE\LHK\HC.14\Carr720trans.wpd

1  Eastern District of California, the district in which petitioner is currently confined. *See* 28
2  U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The clerk shall terminate any pending motions and
3  transfer the entire file to the Eastern District of California.
4      IT IS SO ORDERED.
5  DATED:  6/25/14                          *Lucy H. Koh*
                                              _____
6                                             LUCY H. KOH
                                              United States District Judge

Order of Transfer
P:\PRO-SE\LHK\HC.14\Carr720trans.wpd        2